UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VINCENTE RODRIGUEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | No. 2:18-cv-02007-JDE<br><br>ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, PURSUANT TO 28 U.S.C. § 2412(d) |

　　Based upon the parties' Stipulation (Dkt. 22), IT IS ORDERED that Plaintiff shall be awarded attorney's fees of $4,750.00 under 28 U.S.C. § 2412 subject to the terms of the above-referenced Stipulation.

Dated: January 17, 2019

　　　　　　　　　　　　　　　　　/s/ John D. Early
　　　	　　　　　　　　　　　　　JOHN D. EARLY
　　	　　　　　　　　　　　　　　United States Magistrate Judge